JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD GUZMAN, JR., an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYSCO VENTURA, INC., a foreign corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.:　　2:17-cv-05801 AB (FFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based upon Plaintiff's and Defendant's Joint Motion for Dismissal with Prejudice, and good cause appearing, the Court hereby ORDERS that this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 29, 2018

By: _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE